**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10375 |
| Plaintiff - Appellee, | D.C. No. 2:96-cr-00046-PMP |
| v. | |
| FERDINAND RICHARD BALCAR, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted October 15, 2013[**]

Before:    FISHER, GOULD, and BYBEE, Circuit Judges.

Federal prisoner Ferdinand Richard Balcar, Jr., appeals pro se from the

district court's order granting his motion to adjust his restitution payment schedule.

We affirm.

Balcar contends that his 1997 jury conviction for four counts of armed bank

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

robbery should be vacated because the government failed to prove at trial that the institutions he robbed were federally insured. Because he raises no challenges to the order being appealed, we affirm.

**AFFIRMED.**